

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00454-CV

**IN RE** Sam **LAJZEROWICZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  August 3, 2016

PETITION FOR WRIT OF MANDAMUS DENIED

On July 18, 2016, relator Sam Lajzerowicz filed a petition for writ of mandamus and a motion for emergency stay pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that Relator is not entitled to the relief sought. *In re Oxman*, No. 14–12–00484–CV, 2012 WL 1857096 (Tex. App.—Houston [14th Dist.] May 18, 2102) (orig. proceeding). Accordingly, the petition for writ of mandamus and the motion for emergency stay are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2006-CI-16638, styled *In the Matter of the Marriage of Sam Lajzerowicz and Estelita Ocampo Lajzerowicz and in the Interest of LL, a Child*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Stephani A. Walsh presiding.